IN THE CIRCUIT COURT OF THE FIFTY JUDICIAL CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

CASE NO:

KARL SCHROEDER JR.,

    Plaintiff,

v.

JOHN DOE and LOWE'S HOME CENTERS, LLC, a Foreign Limited Liability Company,

    Defendants.

_____/

## COMPLAINT

The Plaintiff, KARL SCHROEDER JR., by and through her undersigned attorney, sues the Defendants, JOHN DOE and LOWE'S HOME CENTERS, LLC, a Foreign Limited Liability Company, and alleges as follows in support thereof:

1) This is an action for damages that exceeds Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees.

2) At all times material to this action, the Plaintiff, KARL SCHROEDER JR., was a natural person residing in Whiting, New Jersey.

3) At all times material to this action, the Defendant, JOHN DOE, was a natural person residing in the State of Florida.

4) At all times material to this action, the Defendant, JOHN DOE, was an employee for the Defendant, LOWE'S HOME CENTERS, LLC

5) At all times material to this action, the Defendant, JOHN DOE, was acting within the course and scope of his employment with the Defendant, LOWE'S HOME CENTERS, LLC

6) At all times material to this action, the Defendant, LOWE'S HOME CENTERS, LLC, was a Foreign Limited Liability Company licensed to do and conducting business in Leesburg, Lake County, Florida.

7) At all times material to this action, the Defendant, LOWE'S HOME CENTERS, LLC, was in possession and control of a retail store located at 9540 US Hwy 441, Leesburg, Lake County, Florida.

8) Venue is proper in Lake County, Florida because the alleged incident occurred in Lake County, Florida.

9) All other conditions precedent to the bringing of this action have been performed, have occurred or have been waived.

## FACTS COMMON TO ALL COUNTS

10) On or about December 16, 2022, the Plaintiff, KARL SCHROEDER JR., was lawfully on the Defendant's, LOWE'S HOME CENTERS, LLC, premises located at 9540 US Hwy 441, Leesburg, Lake County, Florida, as a business invitee.

11) While on the Defendant's, LOWE'S HOME CENTERS, LLC, premises, the Defendant, JOHN DOE, owed the Plaintiff, KARL SCHROEDER JR., as a business invitee, a duty to exercise reasonable care.

12) While on the Defendant's, LOWE'S HOME CENTERS, LLC, premises, the Defendant, JOHN DOE, negligently and carelessly struck the Plaintiff, KARL SCHROEDER JR., with a forklift, and as a consequence, knocked him to the ground and caused him to sustain severe bodily injuries.

## COUNT I – NEGLIGENCE OF DEFENDANT, JOHN DOE

13) The Plaintiff, KARL SCHROEDER JR., realleges and incorporates herein by reference paragraphs one (1) through twelve (12) as if fully set forth herein.

14) As a direct and proximate result of the negligence of the Defendant, JOHN DOE, the Plaintiff, KARL SCHROEDER JR., suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scaring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of previous existing conditions. These losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

**WHEREFORE,** the Plaintiff, KARL SCHROEDER JR., demands judgment for damages against the Defendant, JOHN DOE, for personal injuries including the losses enumerated herein, costs, interest and for other such relief as may be just and equitable and otherwise deemed proper by the Court. The Plaintiff also demands a jury trial.

## COUNT II – VICARIOUS LIABILITY OF DEFENDANT, LOWE'S HOME CENTERS, LLC

15) The Plaintiff, KARL SCHROEDER JR., realleges and incorporates herein by reference paragraphs one (1) through twelve (12) as if fully set forth herein.

16) The Defendant, LOWE'S HOME CENTERS, LLC, is vicariously liable for the negligence of the Defendant, JOHN DOE, due to the fact that he or she was in the course and scope of his or her employment at the time of the subject incident.

17) As a direct and proximate result of the negligence of the Defendant, JOHN DOE, the Plaintiff, KARL SCHROEDER JR., suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scaring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of previous existing conditions. These losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

**WHEREFORE,** the Plaintiff, KARL SCHROEDER JR., demands judgment for damages against the Defendant, LOWE'S HOME CENTERS, LLC, for personal injuries including the losses enumerated herein, costs, interest and for other such relief as may be just and equitable and otherwise deemed proper by the Court. The Plaintiff also demands a jury trial.

**RESPECTFULLY** submitted this 17th day of March, 2023.

/s/ *Logan Young*

---

Logan J. Young, Esquire
Florida Bar No.: 11016
Dan Newlin & Partners
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Phone: (407) 203-6588
Fax: (321) 710-1082
Attorneys for Plaintiff
Logan.Young@newlinlaw.com
Logan.Pleadings@newlinlaw.com