UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KARL SCHROEDER, JR.,

    Plaintiff,

v.                                    Case No: 5:23-cv-502-JSM-PRL

LOWE'S HOME CENTERS, LLC
and LOUIS SMALLS,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Response to Court's Order to Show Cause and Notice of Settlement (Dkt. 27). The parties reached a settlement in this matter. Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending, if any, motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of October, 2024.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record